UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHAJI MARKOSE,

        Plaintiff,                 **ECF CASE**

    v.

                                                  07 Civ. 7440 (LAP)

ANDREA QUARANTILLO, et al.,

        Defendants.          NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          September 7, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                     By:    /s/_____
                            SHANE P. CARGO
                            Assistant United States Attorney
                            86 Chambers Street, 3rd Floor
                            New York, New York 10007
                            Telephone: (212) 637-2711
                            Facsimile: (212) 637-2786
                            Email: shane.cargo@usdoj.gov

TO:    Thomas E. Moseley, Esq.
         One Gateway Center, Suite 2600
         Newark, NJ 07102