UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Shaji Markose
           Plaintiff,
                                    :     07 Civ. 7440 (LAP)
     -v-                                      ORDER
District Director Andrea
Quarantillo
           Defendant.               :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

LORETTA A. PRESKA, U.S.D.J.:

There having been no recent activity in the above captioned case; It is hereby Ordered that this matter is dismissed without prejudice for lack of prosecution. All pending motions shall be deemed moot.

ORDERED that the Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED.

_____
LORETTA A. PRESKA, U.S.D.J.

Dated: New York, New York
       March 22, 2008

1